No. 1444. EL PUEBLO, APELADO, *v.* MONTAÑO, APELANTE.— Adulteración de leche. San Juan, Sección 2ª. Diciembre 15, 1919. *Confirmada.*

No. 1439. EL PUEBLO, APELADO, *v.* MONTERO, APELANTE.— Acometimiento y agresión grave. San Juan, Sección 2ª. Diciembre 15, 1919. *Confirmada.*

No. 1460. FLORES, PETICIONARIO, Y EL PUEBLO, OPOSITOR Y APELANTE.—*Habeas Corpus,* Humacao. Diciembre 19, 1919. *Teniendo por desistido al Fiscal apelante.*

No. 1441. EL PUEBLO, APELADO, *v.* JIMÉNEZ, APELANTE.— Infracción de la Ley de Automóviles. San Juan, Sección 2ª. Diciembre 22, 1919. *Confirmada.*

No. 452. COLÓN, RECURRENTE, *v.* REGISTRADOR DE CAGUAS, RECURRIDO.—Recurso Gubernativo. Diciembre 23, 1919. *Desistido.*

No. 2154. RIVERA, PETICIONARIA, *v.* GARCÍA ET AL., APELANTES.—*Habeas Corpus.* Ponce. Diciembre 23, 1919. *Desestimada.*

No. 2151. MÁRQUEZ ET AL., APELADOS, *v.* RAMOS ET AL., APELANTES—Desahucio. Humacao. Diciembre 23, 1919. *Desestimada.*